IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DENNIS MAURICE ROBERSON,** | : |
| # 278794, | : |
| | : |
| Petitioner, | : |
| | : |
| vs. | : CIVIL ACTION NO. 23-00012-KD-B |
| | : |
| **JOSEPH HEADLEY,** | : |
| | : |
| Respondent. | : |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection (doc. 19) is made, the Report and Recommendation (doc. 16) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, this petition is **DISMISSED** with prejudice as barred by the statute of limitations and the doctrines of exhaustion and procedural default.

Petitioner is not entitled to a certificate of appealability and he is not entitled to proceed *in forma pauperis* on appeal.

**DONE** and **ORDERED** this the 10th day of July 2023.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE