IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DENNIS MAURICE ROBERSON, # 278794, | : : : |
| Petitioner, | : : |
| vs. | : CIVIL ACTION NO. 23-00012-KD-B |
| JOSEPH HEADLEY, | : : : |
| Respondent. | : |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that Petitioner Dennis Maurice Roberson's petition for writ of habeas corpus is dismissed with prejudice as barred by the statute of limitations and the doctrines of exhaustion and procedural default.

Petitioner is not entitled to a certificate of appealability and is not entitled to proceed *in forma pauperis* on appeal.

**DONE** and **ORDERED** this the 10th day of July 2023.

> s/ Kristi K. DuBose
> KRISTI K. DuBOSE
> UNITED STATES DISTRICT JUDGE